PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kristian Salmeron  **Docket Number:** 07-00905-003
 **PACTS Number:** 48843

**Name of Sentencing Judicial Officer:** The Honorable Susan D. Wigenton
United States District Judge

**Date of Original Sentence:** 03/06/2008

**Original Offense:** Conspiracy to Import Cocaine

**Original Sentence:** 60 months imprisonment; 4 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 09/16/11

**Assistant U.S. Attorney:** Philip James Degnan, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lee A. Ginsberg (Retained), Freeman, Nooter, and Ginsberg, 30 Vesey Street, Suite 100, New York, New York 10007, (212) 608-0808

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On October 27, 2011, the offender was arrested by the Garfield Police Department and charged with Eluding and Driving Under the Influence of Alcohol. In addition, he was issued multiple motor vehicle summonses. He is being held in the Bergen County Jail and bail was set at $50,000. As part of eluding police, the offender also receive multiple motor vehicle summonses from Hasbrouck Heights Police Department. |

2     The offender has violated the special supervision condition which states '**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**'

The offender violated this condition evidenced by his arrest on October 27, 2011, by Garfield Police Department for Driving Under the Influence of Alcohol.

Also, as a condition of supervised release, he was referred to a random urine monitoring program. The program began in October 2011, and the offender was required to report for testing three (3) times. He failed to report fore testing on all three occasions.

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 11/2/11

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

November 3, 2011
Date